In the Matter of the Claim of HARRY LONKY, Respondent, against RAPID CONSTRUCTION CO., INC., Respondent, and NEW AMSTERDAM CASUALTY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JEAN E. RYAN, Respondent, against REX COLE, INCORPORATED, and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.